LEO CENNO, PLAINTIFF, v. WEST VIRGINIA PAPER & PULP CO., *ET AL.*, DEFENDANTS-THIRD-PARTY-PLAINTIFFS-PETITIONERS, v. AMERICAN POLICYHOLDERS' INSURANCE COMPANY, *ET AL.*, THIRD-PARTY-DEFENDANTS-RESPONDENTS.

See same case below: 109 *N. J. Super.* 41.

*Messrs. Galvin, French & McLaughlin* for the petitioners.

*Messrs. Brause, Callaghan & Coyle* for the respondents.

April 28, 1970. Denied.

RICHARD TOLAND, PLAINTIFF-RESPONDENT, v. ATLANTIC GAHAGAN JOINT VENTURE DREDGE NO 1, *ET AL.*, DEFENDANTS-PETITIONERS.

See same case below: 109 *N. J. Super.* 186.

*Messrs. Haskins, Robottom & Hack* and *Mr. Peter A. Piro* for the petitioners.

*Messrs. Levinson, Conover, Lieberman & Fink* for the respondent.

April 28, 1970. Granted.

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. DAVID HORNE, DEFENDANT-PETITIONER.

*Mr. Stanley C. Van Ness* and *Mrs. Mary Aurigemma* for the petitioner.

*Mr. Joseph P. Lordi* and *Mr. Robert L. Podvey* for the respondent.

April 28, 1970. Denied.